**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7085**

———————

JEFFREY JENKINS,

                              Plaintiff - Appellant,

        versus

RUFUS R. FLEMING, Regional Director, Common-
wealth of Virginia, Department of Corrections,
Division of Operations, Eastern Region; EDDIE
PEARSON, Chief Warden, Sussex II State Prison,
Commonwealth of Virginia, Department of
Corrections,

                         Defendants - Appellees,

        and

COMMONWEALTH OF VIRGINIA; COMMONWEALTH OF
VIRGINIA DEPARTMENT OF CORRECTIONS, Division
of Operations, Eastern Region,

                              Defendants.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-01-269-AM)

———————

Submitted: January 23, 2002      Decided: February 5, 2002

———————

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————————

Jeffrey Jenkins, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Jenkins seeks to appeal the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Jenkins v. Fleming, No. CA-01-269-AM (E.D. Va. filed May 29, 2001; entered May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED